# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:18-po-16216

Alex Jovani VARELA-Archaga
IAE
Honduras 1987

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 27, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Alex Jovani VARELA-Archaga was encountered by Border Patrol Agents near Sullivan City, Texas on October 27, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Honduras, who had entered the United States illegally on October 27, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Garcia, Claudia  Border Patrol Agent
Signature of Complainant

Garcia, Claudia   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 28, 2018                                   at      McAllen, Texas
Date                                                          City/State

Peter E Ormsby        U.S. Magistrate Judge
Name of Judge         Title of Judge                    Signature of Judge